United States District Court
Western District of Virginia

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 20 2008

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

Jonathan Lee Riches,
Plaintiff

V.

7:08 CV 00170

Alan Keyes; Federal Correctional Institution Williamsburg,
Defendants.

## HABEAS CORPUS Relief / 28 USC 2241

Plaintiff is a indigent inmate and is not provided basic Hygene products by defendant and FCI Williamsburg. Plaintiff is denied soap, deodorant, and shampoo. Plaintiff has no outside source of money, and the prison only pays Plaintiff .12¢ a month. This condition in which my sentence was executed is unconstitutional. Plaintiff seeks grooming products, and soap to get clean at FCI Williamsburg.

Name: Jonathan Lee Riches
Register Number: 40948-018
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590

Legal Mail

FLORENCE SC 295
15 FEB 2008 PM 1 L

"LET US DARE TO THINK, SPEAK AND
John Adams, 1765
powerofthestates

United States District Court
Western District of Virginia
Clerk of Court
Poff Federal Bldg.
210 Franklin Rd
Roanoke, Virginia 24011

24011+2203